# EXHIBIT A



# Notice of Service of Process

**null / PERINJ**
**Transmittal Number: 29320464**
**Date Processed: 06/17/2024**

| | |
|---|---|
| **Primary Contact:** | Paula B Christ<br>The Goodyear Tire & Rubber Company<br>200 Innovation Way<br>Akron, OH 44316-0001 |

| | |
|---|---|
| **Entity:** | The Goodyear Tire & Rubber Company<br>Entity ID Number  2385176 |
| **Entity Served:** | The Goodyear Tire & Rubber Company |
| **Title of Action:** | Estate of Lucio Becerra Parada vs. The Goodyear Tire & Rubber Company, an Ohio Corporation |
| **Matter Name/ID:** | Estate of Lucio Becerra Parada vs. The Goodyear Tire & Rubber Company, an Ohio Corporation (15859447) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Product Liability |
| **Court/Agency:** | San Bernardino County Superior Court, CA |
| **Case/Reference No:** | CIVSB2416101 |
| **Jurisdiction Served:** | California |
| **Date Served on CSC:** | 06/17/2024 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Aisen Law PLLC<br>702-750-1590 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

ELECTRONICALLY FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

5/6/2024 4:08 PM

By: Michelle Gomez-Casillas, DEPUTY

**COMP**
**MICHAEL N. AISEN, ESQ.** (SBN 295614)
[MIKE@AISENLAW.COM]
**AISEN LAW PLLC**
2450 St. Rose Parkway, Suite 120
Henderson, NV 89074
Tel: (702) 750-1590
Fax: (702) 548-6884

*Attorneys for Plaintiffs*

## SUPERIOR COURT FOR THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SAN BERNARDINO

| | |
|---|---|
| ESTATE OF LUCIO BECERRA PARADA; JAIME PARADA FLORES, Individually and as Heir of the ESTATE OF LUCIO BECERRA PARADA, Deceased; NEREIDA MARQUEZ, Individually and as Heir of the ESATE of LUCIO BECERRA PARADA, Deceased; SERGIO PARADA FLORES, Individually and as Heir of the ESTATE OF LUCIO BECERRA PARADA, Deceased, <br><br> Plaintiffs, <br><br> v. <br><br> THE GOODYEAR TIRE & RUBBER COMPANY, an Ohio Corporation; DOES 1 Through 25, inclusive; and ROE CORPORATIONS 1 Through 25, inclusive, <br><br> Defendants. | Case No.: CIVSB2416101 <br><br> **COMPLAINT FOR DAMAGES:** <br><br> **(1) NEGLIGENCE.** <br> **(2) NEGLIGENCE PRODUCT LIABILITY.** <br><br><br> **DEMAND FOR JURY TRIAL** <br><br> *UNLIMITED CIVIL JURISDICTION* |

COMES NOW, Plaintiffs, ESTATE OF LUCIO BECERRA PARADA; JAIME PARADA FLORES, Individually and as Heir of the ESTATE OF LUCIO BECERRA PARADA; NEREIDA MARQUEZ, Individually and as Heir of the ESTATE OF LUCIO BECERRA PARADA; and, SERGIO PARADA FLORES, Individually and as Heir of the ESTATE OF LUCIO BECERRA

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

| | FOR COURT USE ONLY<br>(SOLO PARA USO DE LA CORTE) |
|---|---|

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
THE GOODYEAR TIRE & RUBBER COMPANY, an Ohio Corporation; DOES 1 Through 25, inclusive; and ROE CORPORATIONS 1 Through 25, inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Additional Parties Attachment form is attached.

ELECTRONICALLY FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT
6/13/2024
By: Andrea Rojas, DEPUTY

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* Civil Division of the San Bernardino District

247 West 3rd St, San Bernardino, CA

**CASE NUMBER:**
*(Número del Caso):*
CIVSB2416101

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Michael N. Aisen Esq., 2450 St. Rose Parkway, Suite 120, Henderson, NV 89074, 702-750-1590

| DATE: | 6/13/2024 | Clerk, by | /s/ Andrea Rojas | , Deputy |
|---|---|---|---|---|
| *(Fecha)* | | *(Secretario)* | | *(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. [X] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*
3. [ ] on behalf of *(specify):*

   under: [ ] CCP 416.10 (corporation)     [ ] CCP 416.60 (minor)
   [ ] CCP 416.20 (defunct corporation)     [ ] CCP 416.70 (conservatee)
   [ ] CCP 416.40 (association or partnership)     [ ] CCP 416.90 (authorized person)
   [ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courts.ca.gov*

**SUM-200(A)**

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| ESTATE OF LUCIO BECERRA PARADA v. THE GOODYEAR TIRE & RUBBER CO. | CIVSB2416101 |

## INSTRUCTIONS FOR USE

→ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.

→ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

List additional parties *(Check only one box. Use a separate page for each type of party.)*:

[ x ] Plaintiff      [   ] Defendant      [   ] Cross-Complainant      [   ] Cross-Defendant

ESTATE OF LUCIO BECERRA PARADA; JAIME PARADA FLORES, Individually and as Heir of the ESTATE OF LUCIO BECERRA PARADA, Deceased; NEREIDA MARQUEZ, Individually and as Heir of the ESATE of LUCIO BECERRA PARADA, Deceased; SERGIO PARADA FLORES, Individually and as Heir of the ESTATE OF LUCIO BECERRA PARADA, Deceased,

Page ___1___ of ___1___

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-200(A) [Rev. January 1, 2007]

**ADDITIONAL PARTIES ATTACHMENT**
Attachment to Summons

ELECTRONICALLY FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

5/6/2024 4:08 PM

By: Michelle Gomez-Casillas, DEPUTY

COMP
MICHAEL N. AISEN, ESQ. (SBN 295614)
[MIKE@AISENLAW.COM]
AISEN LAW PLLC
2450 St. Rose Parkway, Suite 120
Henderson, NV 89074
Tel: (702) 750-1590
Fax: (702) 548-6884

*Attorneys for Plaintiffs*

# SUPERIOR COURT FOR THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SAN BERNARDINO

| | |
|---|---|
| ESTATE OF LUCIO BECERRA PARADA; JAIME PARADA FLORES, Individually and as Heir of the ESTATE OF LUCIO BECERRA PARADA, Deceased; NEREIDA MARQUEZ, Individually and as Heir of the ESATE of LUCIO BECERRA PARADA, Deceased; SERGIO PARADA FLORES, Individually and as Heir of the ESTATE OF LUCIO BECERRA PARADA, Deceased, <br><br> Plaintiffs, <br><br> v. <br><br> THE GOODYEAR TIRE & RUBBER COMPANY, an Ohio Corporation; DOES 1 Through 25, inclusive; and ROE CORPORATIONS 1 Through 25, inclusive, <br><br> Defendants. | Case No.: CIVSB2416101 <br><br> **COMPLAINT FOR DAMAGES:** <br><br> **(1) NEGLIGENCE.** <br> **(2) NEGLIGENCE PRODUCT LIABILITY.** <br><br><br> **DEMAND FOR JURY TRIAL** <br><br> *UNLIMITED CIVIL JURISDICTION* |

COMES NOW, Plaintiffs, ESTATE OF LUCIO BECERRA PARADA; JAIME PARADA FLORES, Individually and as Heir of the ESTATE OF LUCIO BECERRA PARADA; NEREIDA MARQUEZ, Individually and as Heir of the ESTATE OF LUCIO BECERRA PARADA; and, SERGIO PARADA FLORES, Individually and as Heir of the ESTATE OF LUCIO BECERRA

PARADA, by and through the undersigned attorneys of record, and hereby complains, alleges and avers as follows:

## PARTIES

1. ESTATE OF LUCIO BECERRA PARADA (hereinafter "Decedent") represents LUCIO BECERRA PARADA who was at all times relevant a resident of Clark County, Nevada who at all times relevant to this litigation was a passenger in a motor vehicle on public roadways in San Bernardino County, California.

2. JAIME PARADA FLORES (hereinafter "Jaime") was at all times relevant a resident of Clark County, Nevada who at all times relevant to this litigation was and is an heir to the estate of Decedent who was a passenger in a motor vehicle traveling on public roadways in San Bernardino County, California.

3. NEREIDA MARQUEZ (hereinafter "Nereida") was at all times relevant a resident of Clark County, Nevada who at all times relevant to this litigation was and is an heir to the estate of Decedent who was a passenger in a motor vehicle traveling on public roadways in San Bernardino County, California.

4. SERGIO PARADA FLORES (hereinafter "Sergio") was at all times relevant a resident of Clark County, Nevada who at all times relevant to this litigation was and is an heir to the estate of Decedent who was a passenger in a motor vehicle traveling on public roadways in San Bernardino County, California.

5. Plaintiffs are informed and believe, and thereupon allege, that at all times mentioned herein, the Defendant, THE GOODYEAR TIRE & RUBBER COMPANY, (hereinafter "Defendant") was and now is a corporation organized and existing under and by virtue of the law of the State of Ohio.

6. The true names and capacities, whether individual, corporate, associate or otherwise of other defendants hereinafter designated, as DOES 1-25, and ROE CORPORATIONS 1-25

inclusive, who are in some manner responsible for injuries described herein, are unknown at this time. Plaintiffs, therefore, sue said Defendants by such fictitious names and will seek leave of the Court to amend this Complaint to show their true names and capacities when ascertained.

## VENUE AND JURISDICTION

1. This Court has jurisdiction over this action pursuant to California Code of Civil Procedure section 410.10.

2. Venue is proper in this jurisdictional district because upon information and belief, Defendants reside and/or conduct business in the County of San Bernardino, and a substantial part of the events or omissions which give rise to Plaintiffs' claim occurred in this county.

## GENERAL ALLEGATIONS

3. On or about May 8, 2022, Decedent was a passenger traveling southbound on I15 in the second travel lane south of the Wild Wash Road in a 2005 Toyota Tundra driven by, Non-party Jesus Beccara Parada, Deceased (hereinafter Non-party Parada") in San Bernardino County, California. The 2005 Toyota Tundra's left rear tire sustained a tread separation and the subsequent rapid air loss caused the vehicle to veer to the right and the driver to lose control and rotate in a clockwise manner before going off the west roadway edge and flipping over.

4. Based on information and belief, Non-Party Parada purchased the Goodyear brand tire (hereinafter "SUBJECT TIRE") from an unknown retailer in Mexico.

5. That at all times mentioned herein, defendants GOODYEAR, Does 1 -25, and Roes 1-25, and each of them, negligently and carelessly manufactured, fabricated, designed, assembled, distributed, bought, retailed, sold, inspected, serviced, repaired, marketed, warranted,

modified, leased, warned of dangers of and/or advertised the SUBJECT TIRE product and each and every component part thereof, in that same was capable of causing, and in fact did cause, personal injuries while the product was being used in a manner reasonably foreseeable, thereby rendering same unsafe and dangerous for use by a consumer, user or bystander. That all times mentioned herein the SUBJECT TIRE product was defectively designed, manufactured, and/or lacked adequate warnings, instructions, and safety provisions, all of which were foreseeably responsible for causing Decedent's injuries and death.

6. That SUBJECT TIRE product that injured Decedent has caused injuries and death to persons across the country by virtue of its defective design. Prior to Decedent's death GOODYEAR, Does 1-25, and Roes 1-25 had notice of these injuries as well as the defective and dangerous nature of these products.

7. Prior to providing the SUBJECT TIRE to unknown retailer, GOODYEAR was aware of the dangers of the design of the SUBJECT TIRE. GOODYEAR recognized that it would be difficult for consumers to always know if a SUBJECT TIRE was defective and dangerous.

8. As a proximate result of the conduct of the Defendants, and each of them, as aforesaid, Plaintiffs suffered the loss of their father, Decedent.

9. The above-described conduct of Defendants GOODYEAR, Does 1-25 and Roes 1-25, inclusive, by and through their officers, directors, employees and/or managing agents, was carried out with a conscious disregard of Decedent's rights and of the safety of consumers and, therefore, Plaintiffs are entitled to an award of punitive damages in an amount sufficient to punish Defendants GOODYEAR, Does 1-25 and Roes 1-25 inclusive, in light of their financial condition, and to make an example of them.

## FIRST CLAIM FOR RELIEF

(Negligence and/or Gross Negligence/Negligence Per Se)

10. Plaintiffs hereby replead, reallege and incorporate by reference each and every allegation contained above as if fully set forth herein.

11. Plaintiffs are informed and believe, and thereupon allege, that at all times mentioned herein, defendants GOODYEAR, Does 1-25, and Rocs 1-25, inclusive, and each of them, were engaged in the business of manufacturing, fabricating, designing, assembling, distributing, buying, selling, retailing, inspecting, testing, analyzing, servicing, repairing, marketing, warranting, maintaining, modifying, altering, controlling, installing, fitting, entrusting, managing, advertising, supervising the use of making representations about and/or warning of defects in, or dangers associated with the use of the said SUBJECT TIRE product, including all component parts thereof, and had a duty to manufacture, fabricate, design, synthesize, assemble, distribute, retail, buy, sell, inspect, test, analyze, service, repair, market, warrant, maintain, modify, alter, control, install, fit, entrust, manage, advertise, supervise the use of, make representations about and/or warn of defects in, or dangers associated with the use of, the said product, including all component parts thereof, in a reasonable manner, defendants knew, or in the exercise of reasonable care should have known, would be used, without inspection for defects or dangers.

12. Plaintiffs are informed and believe, and thereupon allege, that at all times mentioned herein, defendants GOODYEAR, Does 1-25, and Roes 1-25, inclusive, and each of them, breached their above-mentioned duties by negligently, recklessly, and/or carelessly manufacturing, fabricating, designing, synthesizing, assembling, distributing, buying, selling, retailing, inspecting, testing, analyzing, servicing, repairing, marketing,

warranting, maintaining, modifying, altering, controlling, installing, fitting, entrusting, managing, advertising, supervising the use of, making representations about, warning and/or failing to warn of defects in, or dangers associated with the use of, the SUBJECT TIRE product, as described above, including all or some component parts thereof, thereby rendering the said products unsafe and dangerous for use by consumers, users and bystanders, which proximately caused the injuries and death to Decedent and damages to Plaintiffs, as set forth herein.

13. As a direct and proximate result of the conduct of the defendants, and each of them, Decedent Jesus Becerra Parada was injured and killed, all of which said injuries and death have caused and continue to cause the Plaintiffs' great mental and nervous pain and suffering. Plaintiffs are informed and believe, and thereupon allege, that said injuries and death will result in some permanent injury to them, all to their general damage in an amount which will be stated according to proof, pursuant to California Code of Civil Procedure, Section 425.10, which amount is in excess of Fifty Thousand Dollars ($50,000.00).

14. The above-described conduct of Defendants GOODYEAR, Does 1-25 and Roes 1-25, inclusive, by and through their officers, directors, employees and/or managing agents, was carried out with a conscious disregard of Decedent and Plaintiffs' rights and of the safety of consumers and, therefore, Plaintiffs are entitled to an award of punitive damages in an amount sufficient to punish Defendants GOODYEAR, Does 1-25 and Roes 1-25, inclusive, in light of their financial condition, and to make an example of them.

## SECOND CAUSE OF ACTION

( Negligence - Product Liability)

15. Plaintiffs replead, reallege and incorporate by reference each and every allegation contained above as if fully set forth herein.

16. Plaintiffs are informed and believe, and thereupon allege, that at all times herein mentioned, Defendants GOODYEAR, Does 1-25, and Roes 1-25, inclusive and each of them, by and through their officers, directors, employees and/or managing agents, were the manufacturers, fabricators, designers, assemblers, testers, distributors, sellers, retailers, inspectors, marketers, warranters, lessors, renters, suppliers, modifiers, providers and/or advertisers of the SUBJECT TIRE product, which contained design and/or manufacturing defects, and every component part thereof, and which was capable of causing, and in fact, did cause personal injuries to the users and consumers thereof, including Decedent, while being used in a manner reasonably foreseeable, thereby rendering same unsafe and dangerous for use by the consumer, user and/or bystander. Defendants GOODYEAR, Does 1-25, and Roes 1-25, and each of them, by and through their officers, directors, employees and/or managing agents, also failed to provide adequate warnings or instructions to consumers and users of the SUBJECT TIRE product concerning the significant dangers associated with the SUBJECT TIRE product and/or its component parts, or to instruct consumers and users regarding the use of the SUBJECT TIRE product, and warned or failed to warn, and instructed or failed to instruct, anticipated users of the SUBJECT TIRE product, concerning use of the SUBJECT TIRE product.

17. Plaintiffs are informed and believe, and thereupon allege, that at all times mentioned herein, the GOODYEAR product was defective when placed on the market by Defendants,

GOODYEAR, Does 1-25 and Roes 1-25, and each of them, and were of such a nature that the defects would not be discovered in the normal course of inspection and operation by users thereof. At all times relevant herein, the GOODYEAR product and SUBJECT TIRE product were in substantially the same condition as it was when it was originally placed into the stream of commerce by Defendants, GOODYEAR, Does 1-25 and Roes 1-25, inclusive and each of them.

18. Plaintiffs are informed and believe and thereupon allege, that on or about May 8, 2022 that the SUBJECT TIRE product was being used in a reasonably foreseeable manner. As a direct and proximate result of the defective condition of the SUBJECT TIRE product, and the conduct of Defendants, GOODYEAR, Does 1-25 and Roes 1-25, inclusive and each of them, Decedent suffered death as set forth herein.

19. The above-described conduct of Defendants GOODYEAR, Does 1-25 and Roes 1-25, inclusive, by and through their officers, directors, employees and/or managing agents, was carried out with a conscious disregard of Decedent and Plaintiffs' rights and of the safety of consumers and, therefore, Plaintiffs are entitled to an award of punitive damages in an amount sufficient to punish Defendants GOODYEAR, Does 1-25 and Roes 1-25, inclusive, in light of their financial condition, and to make an example of them.

20. Due to Defendants', and each of them, conduct, Plaintiffs were forced to retain the services of an attorney in order to prosecute this action and is therefore entitled to an award of reasonable attorneys' fees and costs of suit incurred herein.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiffs are entitled to judgment in their favor and against Defendant, as follows:

1. For general damages sustained by Plaintiffs in an amount in excess of $50,000.00;

2. For special damages sustained by Plaintiffs in an amount in excess of $25,000.00;

3. For punitive damages in an amount to be determined by the court;

4. For all costs and all attorneys' fees incurred and accrued in these proceedings;

5. For interest thereon at the legal rate until paid in full;

6. For damages in an amount to be determined by this court; and

7. For such other and further relief as the Court may deem just and proper.

**AISEN LAW, PLLC**

/s/ *Michael Aisen*

**MICHAEL N. AISEN, ESQ.** (SBN 295614)
[MIKE@AISENLAW.COM]
**AISEN LAW, PLLC**
2450 St. Rose Parkway, Suite 120
Henderson, NV 89074
Tel: (702) 750-1590
Fax: (702) 548-6884
*Attorneys for Plaintiffs*

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* <br> MICHAEL N. AISEN, ESQ. (SBN 295614) <br> 2450 St. Rose Parkway, Suite 120, Henderson, NV 89074 <br><br> TELEPHONE NO.: 702-750-1590    FAX NO. *(Optional):* 702-548-6884 <br> E-MAIL ADDRESS: MIKE@AISENLAW.COM <br> ATTORNEY FOR *(Name):* ESTATE OF LUCIO BECERRA PARADA et al | FOR COURT USE ONLY <br> **ELECTRONICALLY FILED** <br> SUPERIOR COURT OF CALIFORNIA <br> COUNTY OF SAN BERNARDINO <br> SAN BERNARDINO DISTRICT <br><br> 5/6/2024 4:08 PM <br><br> By: Michelle Gomez-Casillas, DEPUTY |
|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO
STREET ADDRESS: 247 West 3rd St.
MAILING ADDRESS: 247 West 3rd St.
CITY AND ZIP CODE: San Bernardino, CA 92415-0210
BRANCH NAME: Civil Division of the San Bernardino District

CASE NAME:
ESTATE OF LUCIO BECERRA PARADA et al v. THE GOODYEAR TIRE & RUBBER COMPANY

| **CIVIL CASE COVER SHEET** <br> [x] **Unlimited**      [ ] **Limited** <br> (Amount        (Amount <br> demanded      demanded is <br> exceeds $25,000)  $25,000 or less) | **Complex Case Designation** <br> [ ] Counter      [ ] Joinder <br> Filed with first appearance by defendant <br> (Cal. Rules of Court, rule 3.402) | CASE NUMBER: <br> CIVSB2416101 <br><br> JUDGE: <br> DEPT.: |
|---|---|---|

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[x] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)
**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)
**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)
**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)
**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
[ ] Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is  [x] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
a. [ ] Large number of separately represented parties
b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
c. [ ] Substantial amount of documentary evidence
d. [ ] Large number of witnesses
e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [x] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [x] punitive
4. Number of causes of action *(specify):* 1. NEGLIGENCE 2. NEGLIGENCE - PRODUCT LIABILITY
5. This case [ ] is  [x] is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*
Date: 05/06/2024
Michael N. Aisen, Esq.
_____         ▶ *Michael Aisen*
(TYPE OR PRINT NAME)                (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use <br> Judicial Council of California <br> CM-010 [Rev.September 1, 2021] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740; <br> Cal. Standards of Judicial Administration, std. 3.10 <br> *www.courts.ca.gov* |
|---|---|---|

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET
CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice– Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/ Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment *(non-domestic relations)*
  Sister State Judgment
  Administrative Agency Award *(not unpaid taxes)*
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-harassment)*
  Mechanics Lien
  Other Commercial Complaint Case *(non-tort/non-complex)*
  Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late Claim
  Other Civil Petition



**SUPERIOR COURT OF CALIFORNIA,**
**COUNTY OF SAN BERNARDINO**
San Bernardino District
247 West 3rd St
San Bernardino CA 92415
www.sb-court.org
909-708-8678

| PARADA FLORES et al -v- THE GOODYEAR TIRE & RUBBER COMPANY, an Ohio Corporation et al | |
| --- | --- |
| **NOTICE OF TRIAL SETTING CONFERENCE and NOTICE OF CASE ASSIGNMENT** | Case Number |
| | CIVSB2416101 |

**Aisen Law PLLC**
**2450 St. Rose Parkway, Suite 120**
**Henderson, NV 89074**

This case has been assigned to: Jeffrey R Erickson in Department S14 - SBJC for all purposes.

Notice is hereby given that the above-entitled case has been set for Trial Setting Conference on:

Hearing Date: 11/18/2024 at 8:30 AM in Department S14 - SBJC

Date: 5/21/2024

By: _____
Michelle Gomez-Casillas, Deputy Clerk

CERTIFICATE OF SERVICE

I am a Deputy Clerk of the Superior Court for the County of San Bernardino at the above-listed address. I am not a party to this action and on the date and place shown below, I served a copy of the above-listed notice by:

☒ Enclosed in a sealed envelope mailed to the interested party addressed above for collection and mailing this date, following standard Court practices.

☐ Enclosed in a sealed envelope, first class postage prepaid in the U.S. mail at the location shown above, mailed to the interested party and addressed as shown above or as shown on the attached listing.

☐ A copy of this notice was given to the filing party at the counter.

☐ A copy of this notice was placed in the bin located at this office and identified as the location for the above law firm's collection of file-stamped documents.

Date of Mailing: 5/21/2024

I declare under penalty of perjury that the forgoing is true and correct. Executed on 5/21/2024 at San Bernardino, CA.

By: _____
Michelle Gomez-Casillas, Deputy Clerk